# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-5120**                                                                           **September Term, 2013**

1:14-cv-00435-CKK

**Filed On:** July 11, 2014

In re: Charles Strange, On Behalf of Michael
Strange, their son and stepson, et al.,

       Petitioners

**BEFORE:**   Rogers, Brown, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the petition for a writ of mandamus, it is

**ORDERED** that the petition be denied.  As petitioners' affidavits provide no reasonable basis for questioning the district court's impartiality, petitioners have not shown a clear and indisputable right to the relief requested.  See In re Brooks, 383 F.3d 1036, 1041 (D.C. Cir. 2004); Cobell v. Norton, 334 F.3d 1128, 1139 (D.C. Cir. 2003); United States v. Haldeman, 559 F.2d 31, 131-34 (D.C. Cir. 1976).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**